# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: KING, KENNETH J. § Case No. 16-82686-TML
    KING, LORI D. §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>JAMES E. STEVENS</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    U.S. Bankruptcy Court
    Stanley J. Roszkowski U.S. Courthouse
    327 South Church Street
    Rockford, IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30A on 07/26/2017 in Courtroom 3100, United States Courthouse, 327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  07/03/2017         By:  /s/JAMES E. STEVENS
                                                                                     Trustee, Bar No.: 3128256

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: KING, KENNETH J. § Case No. 16-82686-TML
KING, LORI D. §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 4,409.32 |
| and approved disbursements of | $ 6.18 |
| leaving a balance on hand of [1] | $ 4,403.14 |
| **Balance on hand:** | **$ 4,403.14** |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:   $ 4,403.14

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,102.33 | 0.00 | 1,102.33 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,040.00 | 0.00 | 1,040.00 |

Total to be paid for chapter 7 administration expenses:   $ 2,142.33
Remaining balance:   $ 2,260.81

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 2,260.81 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 2,260.81 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,906.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 1,223.72 | 0.00 | 120.79 |
| 2 | Cavalry SPV I, LLC | 2,240.29 | 0.00 | 221.12 |
| 3 | Capital One Bank (USA), N.A. | 2,366.13 | 0.00 | 233.53 |
| 4 | PYOD, LLC its successors and assigns as assignee | 1,234.78 | 0.00 | 121.87 |
| 5 | PYOD, LLC its successors and assigns as assignee | 2,481.24 | 0.00 | 244.90 |
| 6 | Joan Kerr | 2,082.84 | 0.00 | 205.57 |
| 7 | PNC Bank, N.A. | 11,277.02 | 0.00 | 1,113.03 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 2,260.81 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/JAMES E. STEVENS
Trustee, Bar No.: 3128256

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
Kenneth J. King
Lori D. King
    Debtors

Case No. 16-82686-TML
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-3     User: lorsmith     Page 1 of 1     Date Rcvd: Jul 05, 2017
                              Form ID: pdf006     Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2017.
```
db          +Kenneth J. King,    236 Town Line Avenue,    South Beloit, IL 61080-1152
jdb         +Lori D. King,    1912 Blackhawk Blvd.#205,    South Beloit, IL 61080-2471
25369670     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
25508916     Joan Kerr,    PO Box 5980,    Denver, CO 80217-5980
25600847    +PNC Bank, N.A.,    PO BOX 94982,    Cleveland, OH 44101-4982
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
25320858    +E-mail/Text: bankruptcy@cavps.com Jul 06 2017 01:34:20      Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
25370912    +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 06 2017 01:36:30
              PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
              Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
25318644     E-mail/Text: bnc-quantum@quantum3group.com Jul 06 2017 01:33:25
              Quantum3 Group LLC as agent for,    Second Round LP,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 3
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2017 at the address(es) listed below:
```
              James E Stevens     on behalf of Trustee James E Stevens jimstevens@bslbv.com,  dharris@bslbv.com
              James E Stevens     jimstevens@bslbv.com,   IL48@ecfcbis.com
              Michael  Rabbitt    on behalf of Debtor 1 Kenneth J. King michaeljrabbitt@gmail.com
              Michael  Rabbitt    on behalf of Debtor 2 Lori D. King michaeljrabbitt@gmail.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                              TOTAL: 5
```