# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: KING, KENNETH J. § Case No. 16-82686
      KING, LORI D. §
       §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $43,550.00 *(without deducting any secured claims)* | Assets Exempt: $37,300.00 |
| Total Distribution to Claimants: $2,260.81 | Claims Discharged Without Payment: $45,556.83 |
| Total Expenses of Administration: $2,148.51 | |

    3)  Total gross receipts of $ 4,409.32 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,409.32 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $47,229.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,148.51 | 2,148.51 | 2,148.51 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 46,416.48 | 22,906.02 | 22,906.02 | 2,260.81 |
| **TOTAL DISBURSEMENTS** | $93,645.48 | $25,054.53 | $25,054.53 | $4,409.32 |

4) This case was originally filed under Chapter 7 on November 15, 2016. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/19/2017     By: /s/JAMES E. STEVENS
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Mother's estate, received | 1129-000 | 4,409.32 |
| **TOTAL GROSS RECEIPTS** | | **$4,409.32** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | PNC Bank | 4110-000 | 29,974.00 | N/A | N/A | 0.00 |
| NOTFILED | Chrysler Capital | 4110-000 | 17,255.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$47,229.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JAMES E. STEVENS | 2100-000 | N/A | 1,102.33 | 1,102.33 | 1,102.33 |
| Other - Barrick, Switzer, Long, Balsley & Van Evera | 3210-000 | N/A | 1,040.00 | 1,040.00 | 1,040.00 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 6.18 | 6.18 | 6.18 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$2,148.51** | **$2,148.51** | **$2,148.51** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | 1,223.00 | 1,223.72 | 1,223.72 | 120.79 |
| 2 | Cavalry SPV I, LLC | 7100-000 | 2,240.00 | 2,240.29 | 2,240.29 | 221.12 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | 2,236.00 | 2,366.13 | 2,366.13 | 233.53 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 1,234.78 | 1,234.78 | 121.87 |
| 5 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 2,446.00 | 2,481.24 | 2,481.24 | 244.90 |
| 6 | Joan Kerr | 7100-000 | 2,082.84 | 2,082.84 | 2,082.84 | 205.57 |
| 7 | PNC Bank, N.A. | 7100-000 | 11,277.02 | 11,277.02 | 11,277.02 | 1,113.03 |
| NOTFILED | Comenity Bank/Elders | 7100-000 | 978.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/Limited | 7100-000 | 1,360.00 | N/A | N/A | 0.00 |
| NOTFILED | Citicards CBNA | 7100-000 | 1,516.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/Anne Taylor | 7100-000 | 832.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/Limited | 7100-000 | 1,360.00 | N/A | N/A | 0.00 |
| NOTFILED | Cach LLC | 7100-000 | 2,083.00 | N/A | N/A | 0.00 |
| NOTFILED | Slate | 7100-000 | 1,147.79 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/Maurice | 7100-000 | 833.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Comenity Bank/Talbotss | 7100-000 | 1,197.43 | N/A | N/A | 0.00 |
| NOTFILED | Fitzgerald Law Firm | 7100-000 | 198.86 | N/A | N/A | 0.00 |
| NOTFILED | Beloit Health Systems | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Mercy Health System | 7100-000 | 943.60 | N/A | N/A | 0.00 |
| NOTFILED | Macy's | 7100-000 | 989.12 | N/A | N/A | 0.00 |
| NOTFILED | The Cash Store | 7100-000 | 3,321.82 | N/A | N/A | 0.00 |
| NOTFILED | Associated Collectors | 7100-000 | 2,569.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated Collectors | 7100-000 | 463.00 | N/A | N/A | 0.00 |
| NOTFILED | Denise Purvis LcPc | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated Collectors | 7100-000 | 136.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated Collectors | 7100-000 | 758.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated Collectors | 7100-000 | 204.00 | N/A | N/A | 0.00 |
| NOTFILED | Beloit Counseling Care | 7100-000 | 3,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated Collectors | 7100-000 | 171.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$46,416.48** | **$22,906.02** | **$22,906.02** | **$2,260.81** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-82686  
**Case Name:** KING, KENNETH J.  
KING, LORI D.  
**Period Ending:** 09/19/17

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 11/15/16 (f)  
**§341(a) Meeting Date:** 12/22/16  
**Claims Bar Date:** 05/03/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 236 Town Line Avenue, South Beloit, IL 61080-000 | 30,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account at BMO | 500.00 | 0.00 | | 0.00 | FA |
| 3 | Bedroom set and kitchen set | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing at residence | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing at residence | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Costume jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 7 | Profit plan with Lubrizol | 400.00 | 0.00 | | 0.00 | FA |
| 8 | Pension administered by Wells Fargo | Unknown | 0.00 | | 0.00 | FA |
| 9 | Mother's estate, received<br>  See Order Objection to Exemption entered February 22, 2017. | 8,409.32 | 4,409.32 | | 4,409.32 | FA |
| 10 | 2004 Nissan Murano | 2,500.00 | 0.00 | | 0.00 | FA |
| 11 | 2007 Mitsubishi Lancer | 8,500.00 | 0.00 | | 0.00 | FA |
| 12 | 1996 Star-Craft 4-cyliner inboard | 700.00 | 0.00 | | 0.00 | FA |
| 12 | **Assets    Totals** (Excluding unknown values) | **$51,959.32** | **$4,409.32** | | **$4,409.32** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    June 9, 2017    **Current Projected Date Of Final Report (TFR):**    June 9, 2017  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-82686  
**Case Name:** KING, KENNETH J.  
KING, LORI D.  
**Taxpayer ID #:** **-***1917  
**Period Ending:** 09/19/17

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4966 - Checking Account  
**Blanket Bond:** $4,396,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/30/17 | {9} | LORI D. KING | NON-EXEMPT INHERITANCE FUNDS | 1129-000 | 4,409.32 | | 4,409.32 |
| 06/05/17 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2017 FOR CASE #16-82686, Bond#016018067 | 2300-000 | | 6.18 | 4,403.14 |
| 07/27/17 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,040.00, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 1,040.00 | 3,363.14 |
| 07/27/17 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $1,102.33, Trustee Compensation;  Reference: | 2100-000 | | 1,102.33 | 2,260.81 |
| 07/27/17 | 104 | Quantum3 Group LLC as agent for | Dividend paid   9.86% on $1,223.72; Claim# 1; Filed: $1,223.72; Reference: | 7100-000 | | 120.79 | 2,140.02 |
| 07/27/17 | 105 | Cavalry SPV I, LLC | Dividend paid   9.86% on $2,240.29; Claim# 2; Filed: $2,240.29; Reference: | 7100-000 | | 221.12 | 1,918.90 |
| 07/27/17 | 106 | Capital One Bank (USA), N.A. | Dividend paid   9.86% on $2,366.13; Claim# 3; Filed: $2,366.13; Reference: | 7100-000 | | 233.53 | 1,685.37 |
| 07/27/17 | 107 | Joan Kerr | Dividend paid   9.86% on $2,082.84; Claim# 6; Filed: $2,082.84; Reference: | 7100-000 | | 205.57 | 1,479.80 |
| 07/27/17 | 108 | PNC Bank, N.A. | Dividend paid   9.86% on $11,277.02; Claim# 7; Filed: $11,277.02; Reference: | 7100-000 | | 1,113.03 | 366.77 |
| 07/27/17 | 109 | PYOD, LLC its successors and assigns as assignee | Combined Check for Claims#4,5 | | | 366.77 | 0.00 |
| | | | Dividend paid   9.86% on $1,234.78;  Claim# 4; Filed: $1,234.78 | 7100-000 | | 121.87 | 0.00 |
| | | | Dividend paid   9.86% on $2,481.24;  Claim# 5; Filed: $2,481.24 | 7100-000 | | 244.90 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| | ACCOUNT TOTALS | 4,409.32 | 4,409.32 | $0.00 |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | **Subtotal** | 4,409.32 | 4,409.32 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$4,409.32** | **$4,409.32** | |

{} Asset reference(s)

Printed: 09/19/2017 03:12 PM    V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 16-82686 | | **Trustee:** | JAMES E. STEVENS (330420) |
| **Case Name:** | KING, KENNETH J. | | **Bank Name:** | Rabobank, N.A. |
| | KING, LORI D. | | **Account:** | ******4966 - Checking Account |
| **Taxpayer ID #:** | **-***1917 | | **Blanket Bond:** | $4,396,000.00  (per case limit) |
| **Period Ending:** | 09/19/17 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| | **Checking # ******4966** | 4,409.32 | 4,409.32 | 0.00 |
| | | $4,409.32 | $4,409.32 | $0.00 |

{} Asset reference(s)